**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-2077**

AISSATOU BARRY,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A95-902-551)

Submitted:  February 25, 2005          Decided:  April 5, 2005

Before LUTTIG, KING, and GREGORY, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Danielle Beach-Oswald, NOTO & OSWALD, P.C., Washington, D.C., for Petitioner.  Peter D. Keisler, Assistant Attorney General, James A. Hunolt, Senior Litigation Counsel, Wagner D. Jackson, Jr., Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aissatou Barry, a native and citizen of Guinea, petitions for review of an order of the Board of Immigration Appeals affirming and adopting the immigration judge's order denying her motion to reconsider. Because we find the immigration judge did not abuse her discretion denying the motion to reconsider, we deny the petition for review. Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999). We further find we have no jurisdiction to review the immigration judge's order denying Barry's applications for asylum, withholding from removal and withholding under the Convention Against Torture. See 8 U.S.C. § 1252(d) (2000); Asika v. Ashcroft, 362 F.3d 264, 267 n.3 (4th Cir. 2004), cert. denied, 125 S. Ct. 861 (2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED